**MARINA L. HENRI**
California State Bar No. 326634
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Marina_Henri@fd.org

Attorney for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BRITANY ARLIN VARGAS-HERRERA,<br><br>　　　　　　Defendant. | CASE NO.:　25CR4200-AJB<br><br>UNOPPOSED MOTION FOR MODIFICATION OF BOND CONDITION |

## I.　Introduction

Ms. Vargas-Herrera respectfully requests that the Court modify her conditions of pretrial release to allow her to travel to Mexico, at the discretion of Pretrial Services, from Tuesday, December 23, 2025, to Friday, December 26, 2025, to visit her spend the holiday with her daughter and family.

Ms. Vargas-Herrera's surety joins in the request. The government and Pretrial Services do not object to the limited travel.

## II.　Background and Travel Modification Request

Ms. Vargas-Herrera appeared before this Court on October 7, 2025. ECF No. 12. Her bond was set to include the standard condition restricting her from entering Mexico. Ex. A, *Pretrial Release Order* (ECF No. 14). Ms. Vargas-Herrera's bond

was posted, and she was released, on October 17, 2025. Dkt. No. 16. She has been in compliance with her conditions since her release over a year ago.

She is requesting to travel to Tijuana, Mexico from Tuesday, December 23, 2025, to Friday, December 26, 2025. Ms. Vargas-Herrera would like to see her two-year-old daughter and be with her family for the holiday. She will be staying with her grandmother in Tijuana. Ms. Vargas-Herrera will provide any additional details regarding her travel itinerary, as requested, to her Pretrial Officer.

### III.  Positions of the Parties

Defense counsel previously conferred with the government, Pretrial Services, and Ms. Vargas-Herrera's surety. Pretrial Services Officer Gomez confirmed that Ms. Vargas-Herrera has been in compliance and reports as instructed. Therefore, Pretrial does not oppose the requested travel. She requests that Ms. Vargas-Herrera report to Pretrial Services upon leaving and return from her trip. The government concurs with Pretrial's position. The surety does not oppose this request. Exh. A.

### III.  Conclusion

Ms. Vargas-Herrera respectfully requests her motion be granted. She requests that her passport be returned to her 24 hours prior to her travel and agrees to return it within 24 hours of her return.

Dated: December 16, 2025         Respectfully submitted,

*s/ Marina L. Henri*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Ms. Vargas-Herrera
Email: Marina_Henri@fd.org