# EXHIBIT A

1  **MARINA L. HENRI**
California State Bar No. 326634
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5030
Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
Marina_Henri@fd.org
5
Attorneys for Defendant
6

7              UNITED STATES DISTRICT COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

9              (HONORABLE ANTHONY J. BATTAGLIA)

10  United States of America,           )  Case No.: 25CR4200-AJB
                                        )
11          Plaintiff,                  )
        vs.                             )  **ACKNOWLEDGMENT OF**
12                                      )  **MODIFICATION TO PRETRIAL**
    BRITANY ARLIN VARGAS-               )  **RELEASE CONDITIONS**
13  HERRERA,                            )
                                        )
14                                      )
        Defendant.                      )
15                                      )
                                        )
16  _____ )

17      I, <u>Karina Rangel Jimenez</u>, am the surety on Britany Arlin Vargas-Herrera's bond.

18  I am familiar with the current conditions of her release. I hereby consent that Ms. Vargas-

19  Herrera's conditions of release be modified to allow her to travel to Mexico from

20  December 24, 2025, to December 26, 2025, and have her passport, at Pretrial's

21  discretion.

22      I declare that the foregoing is true and correct.

23

24  DATED:   12/11/25                    _____
                                         **Karina Rangel Jimenez, Surety**
25

26

27

28
                                    1